UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAGNA MIRRORS OF AMERICA, INC.,

    Plaintiff,

v.

    Case No. 1:17-cv-77

    HON. JANE M. BECKERING

SAMVARDHANA MOTHERSON
REFLECTEC GROUP HOLDINGS
LIMITED, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court are Defendants' Motion for Order (ECF No. 525), the parties' motions in limine (ECF Nos. 530 & 532), and Plaintiff's unopposed Motion for Leave to File Documents Under Seal (ECF No. 523).  Consistent with the ruling on the record at the hearing on March 14, 2022,

**IT IS HEREBY ORDERED**, for the reasons stated on the record, that Defendants' Motion for Order (ECF No. 525) is GRANTED to the extent that Plaintiff is limited to trying five claims at trial.  Plaintiff shall identify the claims selected for trial not later than March 21, 2022; not later than 7 days after Plaintiff's filing, Defendants shall advise Plaintiff which prior art references it has selected for trial.

**IT IS FURTHER ORDERED** that Plaintiff may, not later than 7 days after Defendants' disclosure of prior art references for trial, file Objections, limited to 10 pages, seeking relief from the limit based on a showing of good cause.  Defendants may file a 10-page response to Plaintiff's Objections, if any.

2

**IT IS FURTHER ORDERED** that the parties' motions in limine (ECF Nos. 530 & 532) are DISMISSED as moot and without prejudice to re-filing not later than May 9, 2022; responses shall be filed within 14 days.

**IT IS FURTHER ORDERED** that Plaintiff's unopposed Motion for Leave to File Documents Under Seal (ECF No. 523) is DISMISSED as moot.

Dated: March 14, 2022   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge